FILED '08 DEC 05 14:49 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 06-MC-9306-HA |
| Petitioner, | |
| v. | **ORDER** |
| **ALEXANDER SVIRIDIUK** | |
| Respondent. | |

Upon the motion of Karin J. Immergut, United States Attorney for the District of Oregon, it is **ORDERED** that this action is dismissed without prejudice.

DATED: 12-5-08

_____
HONORABLE ANCER L. HAGGERTY
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: October 15, 2008

KARIN J. IMMERGUT, OSB#96314
United States Attorney
District of Oregon

/s/ Ronald K. Silver
RONALD K. SILVER
Assistant United States Attorney
ron.silver@usdoj.gov
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1044
Facsimile: (503) 727-1117
    Attorneys for Petitioner

Page 1    Order
        *United States v. Alexander Sviridiuk*, 06-MC-9306-HA